THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiffs <br><br> v. <br><br> HAMMER DOWN TRANSPORTATION, INC., a California corporation, <br><br> Defendant. | NO.   C20-1391-RSM <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

COMES NOW Plaintiff, by and through its attorneys, and hereby gives notice of voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this 30th day of December, 2020.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

s/Russell J. Reid
Russell J. Reid, WSBA #2560
Attorney for Plaintiff
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – C20-1391-RSM
Page 1 of 1

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925